ERDINE COBB, Respondent, v. THE GRAMATAN NATIONAL BANK & TRUST COMPANY OF BRONXVILLE, as Trustee under a Certain Deed of Trust Executed by MARY S. YOUNG on February 21, 1931, Appellant, and Others, Defendants.—

Motion for leave to appeal to the Court of Appeals granted [see 261 App. Div. 1086; 262 id. 745] and the following question certified: Was the corporate defendant, as trustee, properly surcharged with the amount of the mortgage certificate in which it invested the entire corpus of the trust estate? Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.